UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JANE DOE | |
|     Plaintiff, | No. 2024 cv 1688 |
| vs. | Honorable Sara L. Ellis |
| CRANE AND NORCROSS | |
|     Defendant. | JURY TRIAL DEMANDED |

## MOTION TO FILE THIRD AMENDED COMPLAINT UNDER SEAL

Now comes the Plaintiff, JANE DOE, and in support of her Third Amended Complaint against the Defendants, CRANE AND NORCROSS, and JAMES BOYLE.

1. June 18, 2024, this court ordered Plaintiff filed an amended complaint with her "proper name and motion for leave to file under seal."

2. Plaintiff has prepared an amended complaint using her proper name and is prepared to file same.

3. Plaintiff files this motion and asks the court enter an order allowing the Clerk of Court file the amended complaint under seal.

4. Plaintiff asks that the court order provide all future filings by any party either redact her name on all filings including exhibits or that the Clerk of Court be ordered to file such future pleadings under seal.

WHEREFORE, Plaintiff prays as follows:

A. The Clerk of Court be ordered to file the Complaint under seal;
B. That Plaintiff be given leave to file amended Complaint within three days of the entry of an order;
C. The parties (and Clerk of Court) be ordered to file all future court documents revealing Plaintiffs proper name under seal, or alternatively with plaintiffs proper name redacted on all filings, including exhibits;

    D.  For such relief as court may deem appropriate.

                                                                                Respectfully submitted,

                                                                                _/s/ Jane Doe_
                                                                                      *Pro Se*

Jane Doe, *Pro Se*
Plaintiff
471 Farthing Lane
Des Plains, IL 60018
Ph# 312-627-9320
Zinguru16@gmail.com