UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| JANE DOE<br><br>    Plaintiff,<br><br>    vs.<br><br>CRANE AND NORCROSS<br><br>    Defendant. | No. 2024 cv 1688<br><br>Honorable Sara L. Ellis<br><br><br>JURY TRIAL DEMANDED |

## MOTION FOR DEFAULT JUDGMENT

Now comes the Plaintiff, Jane Doe, *pro se,* and in support of her Motion for Default Judgment against Defendants Crane & Norcross and James Boyle, states as follows:

1. On April 8, 2024, I separately sent two copies of the Complaint along with the form for Waiver of Summons, and a stamped return envelope to each defendant by Certified mail, return receipt requested.

2. Defendant Crane & Norcross is a law firm and James Boyle is a lawyer and managing partner.

3. I never received the green card receipt back, but I did check the post office tracking and found that the documents had been delivered on April 15, 2024. (Exhibits A and B)

4. On May 31, 2024, I once again mailed copies of the Complaint, the Waiver of Summons, and a return envelope to the Defendants by certified mail. I received the green cards back, showing the defendants had received the mailing on June 7, 2024. (Exhibits C and D)

5. As of the date of this filing, the Defendants have not filed an appearance or Answer.

**WHEREFORE,** Plaintiff asks the court to enter an order of default judgment against each defendant.

                                                                  Respectfully submitted,

                                                                     /s/ Jane Doe
                                                                          *Pro Se*

Jane Doe, *Pro Se*
Plaintiff
471 Farthing Lane
Des Plains, IL 60018
Ph# 312-627-9320
Zinguru16@gmail.com