UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jane Doe
                      Plaintiff,

v.                                         Case No.: 1:24–cv–01688
                                                   Honorable Sara L. Ellis

Crane And Norcross, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 7, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 8/7/2024. Plaintiff appears for hearing. Motion by Plaintiff to file third amended complaint under seal [11] is granted. However, the plaintiff cannot proceed under the pseudonym Jane Doe and must include her correct name on the complaint. Motion by Plaintiff for default judgment [14] is denied. Motion by Plaintiff for default judgment EXHIBITS [16] is denied. Plaintiff is required to effectuate service of third amended complaint by 8/14/2024 and file proof of service on the docket. Plaintiff is ordered to discontinue using the account of Gregory X. Gorman who has not filed an appearance as counsel on her behalf. Plaintiff is ordered to register and open a pacer account and can no longer file under the account of Gregory X. Gorman which does not belong to her. Telephone conference set for 9/18/2024 at 9:30 a.m. with joint status report due by 9/13/2024. Attorneys/Parties should appear for the hearing by calling the Toll–Free Number: (866) 434–5269, Access Code: 8087837. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call–in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.